

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Remcey Jeunenne Chaney, Appellant

No. 06-20-00053-CV        v.

Steven Mark Chaney, Appellees

Appeal from the 255th District Court of Dallas County, Texas (Tr. Ct. No. DF-82-12485). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

       We note that the appellant, Remcey Jeunenne Chaney, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 20, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk